# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

YOLANDA CHAPPELL NORMAN, ET AL.

VERSUS

HOLLY COURT ASSISTED LIVING AND MEMORY CARE

NO.  2025 CW 0919

**JANUARY 9, 2026**

---

In Re:    Yolanda Chappell Norman, Brunell A. Chappell, Joyce Gayden, Chris Chappell, Jakyle Chappell, Lawanda Tutt, and Kenny Ray Chappell, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 728911.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's August 18, 2025 judgment which granted the dilatory exception of prematurity filed by defendant, Holly Court Assisted Living & Memory Care, dismissing plaintiffs' petition against defendant, is an appealable judgment. See La. Code Civ. P. art. 1915(A)(1). Therefore, the writ is granted for the limited purpose of remanding the case to the district court with instructions to grant plaintiffs an appeal pursuant to the pleading that notified the district court of plaintiffs' intention to seek writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (per curiam). Additionally, a copy of this court's order is to be included in the appellate record.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT